No. 39573.—Protests 516290–G, etc., of Ferd. Bing & Co.'s Successors (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers, boxes, bottles, vases, coupes, inkstands, trays, and jardinieres chiefly used in the household for utilitarian purposes or hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.

No. 39574.—Protests 550832–G, etc., of Judell Bros. & Weil, Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel bookends, ice tongs, atomizers, candlesticks, kettles, candle holders, scent sprays, bird cages, boxes, and trays chiefly used on the table, in the kitchen, or in the household for utilitarian purposes, or hollow ware, were held dutiable at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (T. D. 49373), and *Heemsoth* v. *United States* (T. D. 49191) cited.

BEFORE THE THIRD DIVISION, OCTOBER 11, 1938

No. 39575.—Protest 569933–G of Fujii Junichi Shoten, Ltd. (Honolulu).

Opinion by EVANS, J. On the authority of *Togasaki* v. *United States* (23 C. C. P. A. 342, T. D. 48197) bean flour was held dutiable at 35 percent under paragraph 775 as claimed.

No. 39576.—Protests 736225–G, etc., of Alliance Distillery, Inc., et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 39577.—Protest 941371–G of Suey Chong Co. (San Francisco).

Opinion by KEEFE, J. It was established that there were only 500 pieces of earthenware dolls instead of 3,000 pieces. The protest was therefore sustained.